```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16547
   NEDRA A DARNELL
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-8278

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/12/2007 and was confirmed 10/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED VEHIC   11300.00        667.45         724.61
WELLS FARGO AUTO FINANCE  UNSECURED        8017.32           .00            .00
ALLIANCE ASSET MGMT       UNSECURED      NOT FILED          .00            .00
ALLIED INTERSTATE         UNSECURED      NOT FILED          .00            .00
CAPITAL ONE               UNSECURED        7668.69          .00            .00
COMCAST                   UNSECURED      NOT FILED          .00            .00
CREDIT PROTECTION ASSOCI  UNSECURED      NOT FILED          .00            .00
DEBT CREDIT SERVICES      UNSECURED      NOT FILED          .00            .00
GREAT AMERICAN FINANCE    UNSECURED      NOT FILED          .00            .00
ILLINOIS DEPT OF EMPLOYM  UNSECURED        1080.50          .00            .00
ISAC                      UNSECURED        6610.12          .00            .00
LINEBARGER GOGGAN BLAIR   UNSECURED      NOT FILED          .00            .00
MAC PROPERTY MANAGEMENT   UNSECURED      NOT FILED          .00            .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         215.29          .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED      NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED      NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1181.59          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED      NOT FILED          .00            .00
RISK MANAGEMENT ALTERNAT  UNSECURED      NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED      NOT FILED          .00            .00
VIKING COLLECTION SERVIC  UNSECURED      NOT FILED          .00            .00
WELLS FARGO               UNSECURED      NOT FILED          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        1509.82          .00            .00
GREAT AMERICAN FINANCE C  SECURED           841.00         26.21         181.80
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY       NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY       NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY       NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED      NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED      NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16547 NEDRA A DARNELL
```

```
ILLINOIS DEPT OF REVENUE  UNSECURED       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1575.74            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,464.00                      1,257.32
TOM VAUGHN                TRUSTEE                                         221.69
DEBTOR REFUND             REFUND                                          171.06
```

Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  3,250.14

PRIORITY                                             .00
SECURED                                           906.41
    INTEREST                                      693.66
UNSECURED                                            .00
ADMINISTRATIVE                                  1,257.32
TRUSTEE COMPENSATION                              221.69
DEBTOR REFUND                                     171.06
                        ---------------    ---------------
TOTALS                   3,250.14                3,250.14

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/29/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 16547 NEDRA A DARNELL